**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6365**

———————

STANLEY LORENZO WILLIAMS,

                              Petitioner - Appellant,

        versus

DEAN WALKER,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Russell A. Eliason, Magistrate Judge.  (CA-00-326-1)

———————

Submitted:  June 29, 2001            Decided:  July 10, 2001

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Stanley Lorenzo Williams, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stanley Lorenzo Williams seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).[*] We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we deny Williams' motion for a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge. See Williams v. Walker, No. CA-00-326-1 (M.D.N.C. Feb. 16, 2001). We deny Williams' request to stay this appeal pending exhaustion of his state remedies. See 28 U.S.C.A. § 2254(b)(2). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to jurisdiction of the magistrate judge. See 28 U.S.C.A. § 636(c) (West 1994 & Supp. 2000).

2